UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ARTHUR A. BLUMEYER, III | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ARTHUR A. BLUMEYER, III, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1681 CDP |
| | ) | |
| DAVID SOSNE, | ) | |
| | ) | |
| Appellee. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Case Management Orders dated November 20, 2006, and December 11, 2006, are VACATED pending this Court's determination of whether these appeals can proceed in the absence of payment of the filing fee.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated 13th day of December, 2006.